# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SAMMY GROSS**                                        **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 3:14CV037-M-A**

**GGNSC SOUTHAVEN, LLC,** *et al.*                    **DEFENDANTS**

## ORDER

Defendants Drumm Corp., Pearl Senior Care LLC, and Geary Property Holdings LLC have filed a motion to dismiss for lack of personal jurisdiction. Under L.U.Civ.R. 16(b)(3)(B) the "filing a motion to compel arbitration, an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue, pending the court's ruling on the motion, including any appeal."

Consequently, this case is hereby stayed pending a ruling on the motion to dismiss. Counsel are directed to notify the undersigned within fourteen days of a ruling on the motion.

SO ORDERED, this, the 24th day of February, 2014.

                                                   /s/ S. Allan Alexander
                                                   UNITED STATES MAGISTRATE JUDGE