# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**SAMMY GROSS, as the administrator of
the Estate of Pauline Tillman Wagner,
deceased and on behalf of her wrongful
death beneficiaries**                                                                          **PLAINTIFF**

V.                                                                                                                                        NO.   3:14CV37-M-A

**GGNSC SOUTHAVEN, LLC dba GOLDEN LIVING
SOUTHAVEN, GOLDEN GATE NATIONAL
SENIOR CARE, LLC, GGNSC EQUITY HOLDINGS,
LLC, GGNSC CLINICAL SERVICES, LLC, GPH
SOUTHAVEN, LLC, GGNSC HOLDINGS, LLC,
GGNSC ADMINISTRATIVE SERVICES, LLC
and BEVERLY ENTERPRISES, INC.,**                                                         **DEFENDANTS**

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled.   Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice.   The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 10th day of May, 2016.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**